Tim Warriner (SB#166128)
Attorney at Law
1725 Capitol Ave.
Sacramento, CA 95814
(916) 443-7141
FAX: (916) 448-5346

Attorney for Defendant
WALTER ELSE

IN THE UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| UNITED STATES OF AMERICA, )<br>)<br>Plaintiff, )<br>)<br>v. )<br>)<br>WALTER ELSE, )<br>)<br>Defendant. )<br>_____) | 2:06-cr-0459 FCD<br><br>STIPULATION AND<br>ORDER CONTINUING STATUS<br>CONFERENCE AND EXCLUDING<br>TIME |

The parties hereby stipulate to the following:

1. A status conference in this matter is scheduled for December 10, 2007 at 10:00 a.m.

2. Defense counsel is conducting investigations and obtaining documents related to possible pretrial motions. Additional time is needed for counsel to complete pretrial investigation. Therefore, a continuance of the status conference until **January 8, 2008** at 10:00 a.m. is requested.

3. It is further stipulated by the parties that time continue to be excluded to January 8, 2008 for preparation of counsel pursuant to local code T4. 18 U.S.C. 3161(h)(8)(B)(iv).

\\\

\\\

1

DATED: December 6, 2007        /s/ Tim Warriner
                               Attorney for defendant, WALTER ELSE

DATED: December 6, 2007        /s/ William S. Wong
                               Assistant U.S. Attorney

## ORDER

GOOD CAUSE APPEARING, it is hereby ordered that the status conference set for December 10, 2007 be continued to January 8, 2008 at 10:00 a.m., and that time continue to be excluded to January 8, 2008 for preparation of counsel pursuant to Local Code T4, 18 U.S.C. 3161(h)(8)(B)(iv).

IT IS SO ORDERED.

DATED: December 7, 2007

_____
FRANK C. DAMRELL, JR.
UNITED STATES DISTRICT JUDGE