Tim Warriner (SB#166128)
Attorney at Law
813 6th St., Suite 450
Sacramento, CA 95814
(916) 443-7141
FAX: (916) 441-0970

Attorney for Defendant
WALTER ELSE

IN THE UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| UNITED STATES OF AMERICA, ) <br> ) <br> Plaintiff, ) <br> ) <br> v. ) <br> ) <br> WALTER ELSE, ) <br> ) <br> Defendant. ) <br> ) <br> _____ ) | No. CR S-06-0459 FCD <br><br> STIPULATION AND ORDER CONTINUING STATUS CONFERENCE AND EXCLUDING TIME |

The parties hereby stipulate to the following:

1. A status conference in this matter is scheduled for February 11, 2008 at 10:00 a.m.

2. Defense counsel is conducting investigations and obtaining documents related to possible pretrial motions as well as sentencing guideline issues. Additional time is needed for counsel to complete pretrial investigation. Therefore, a continuance of the status conference until **March 10, 2008** is requested.

3. It is further stipulated by the parties that time continue to be excluded to March 10, 2008 for preparation of counsel pursuant to local code T4. 18 U.S.C. 3161(h)(8)(B)(iv).

\\\

\\\

1

DATED: February 7, 2008     /s/ Tim Warriner
Attorney for defendant, WALTER ELSE

DATED: February 7, 2008     /s/ William S. Wong
Assistant U.S. Attorney

## ORDER

GOOD CAUSE APPEARING, it is hereby ordered that the status conference set for February 11, 2008 be continued to March 10, 2008 at 10:00 a.m., and that time continue to be excluded to March 10, 2008 for preparation of counsel pursuant to Local Code T4, 18 U.S.C. 3161(h)(8)(B)(iv).

DATED: February 11, 2008