Tim Warriner (SB#166128)
Attorney at Law
813 6th St., Suite 450
Sacramento, CA 95814
(916) 443-7141
FAX: (916) 441-0970

Attorney for Defendant
WALTER ELSE

IN THE UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| UNITED STATES OF AMERICA, ) | No. CR S 06 0459 FCD |
| ) | |
| Plaintiff, ) | |
| ) | STIPULATION AND ORDER |
| v. ) | CONTINUING STATUS |
| ) | CONFERENCE AND EXCLUDING |
| WALTER ELSE, ) | TIME |
| ) | |
| Defendant. ) | |
| ) | |
| _____) | |

The parties hereby stipulate to the following:

1. A status conference in this matter is scheduled for March 10, 2008 at 10:00 a.m.

2. Defense counsel is conducting investigations and obtaining documents related to possible pretrial motions as well as sentencing guideline issues, including the client's criminal history. Additional time is needed for counsel to complete pretrial investigation. Therefore, a continuance of the status conference until **April 28, 2008** is requested.

3. It is further stipulated by the parties that time continue to be excluded to April 28, 2008 for preparation of counsel pursuant to local code T4. 18 U.S.C. 3161(h)(8)(B)(iv).

\\\

1

DATED: March 7, 2008        /s/ Tim Warriner
                            Attorney for defendant, WALTER ELSE

DATED: March 7, 2008        /s/ William S. Wong
                            Assistant U.S. Attorney

## ORDER

GOOD CAUSE APPEARING, it is hereby ordered that the status conference set for March 10, 2008 be continued to April 28, 2008 at 10:00 a.m., and that time continue to be excluded to April 28, 2008 for preparation of counsel pursuant to Local Code T4, 18 U.S.C. 3161(h)(8)(B)(iv).

IT IS SO ORDERED.

DATED: March 7, 2008

_____
FRANK C. DAMRELL, JR.
UNITED STATES DISTRICT JUDGE