Tim Warriner (SB#166128)
Attorney at Law
813 6th St., Suite 450
Sacramento, CA 95814
(916) 443-7141
FAX: (916) 441-0970

Attorney for Defendant
WALTER ELSE

IN THE UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

| UNITED STATES OF AMERICA, | ) | No. CR S 06 0459 FCD |
|---|---|---|
| Plaintiff, | ) | |
| v. | ) | STIPULATION AND ORDER CONTINUING STATUS CONFERENCE AND EXCLUDING TIME |
| WALTER ELSE, | ) | |
| Defendant. | ) | |

The parties hereby stipulate to the following:

1. A status conference in this matter is scheduled for April 28, 2008 at 10:00 a.m.

2. Defense counsel is conducting investigations and obtaining documents related to possible pretrial motions as well as sentencing issues, including the client's criminal history and whether he can receive credit for time served for a state parole violation based upon his federal case. Additional time is needed for counsel to complete this investigation, and to complete ongoing plea negotiations. Therefore, a continuance of the status conference until **May 19, 2008** is requested.

3. It is further stipulated by the parties that time continue to be excluded to May 19, 2008 for preparation of counsel pursuant to local code T4. 18 U.S.C. 3161(h)(8)(B)(iv).

1

DATED: April 24, 2008          /s/ Tim Warriner
                               Attorney for defendant, WALTER ELSE

DATED: April 24, 2008          /s/ William S. Wong
                               Assistant U.S. Attorney

## ORDER

GOOD CAUSE APPEARING, it is hereby ordered that the status conference set for April 28, 2008 be continued to May 19, 2008 at 10:00 a.m., and that time continue to be excluded to May 19, 2008 for preparation of counsel pursuant to Local Code T4, 18 U.S.C. 3161(h)(8)(B)(iv).

IT IS SO ORDERED.

DATED: April 24, 2008

_____
FRANK C. DAMRELL, JR.
UNITED STATES DISTRICT JUDGE