1 | Tim Warriner (SB#166128)
Attorney at Law
2 | 813 6th St., Suite 450
Sacramento, CA 95814
3 | (916) 443-7141
FAX: (916) 441-0970
4 |
Attorney for Defendant
5 | WALTER ELSE

FILED

AUG - 5 2008

CLERK, U.S. DISTRICT COURT
EASTERN DISTRICT OF CALIFORNIA
BY _____
              DEPUTY CLERK

IN THE UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

UNITED STATES OF AMERICA,            )   No. CR S 06 0459 FCD
                                     )
         Plaintiff,                  )
                                     )   STIPULATION AND ~~PROPOSED~~
    v.                               )   ORDER CONTINUING STATUS
                                     )   CONFERENCE AND EXCLUDING
WALTER ELSE,                         )   TIME
                                     )
         Defendant.                  )
                                     )
_____)

The parties hereby stipulate to the following:

1. A status conference in this matter is scheduled for August 4, 2008 at 10:00 a.m.

2. The government has provided a plea agreement to defense counsel. The agreement was provided while defense counsel was on a family vacation, and a continuance of the status conference is needed to review the plea agreement with Mr. Else, and to research possible sentencing issues. Therefore, a continuance of the status conference until **September 2, 2008** is requested.

3. It is further stipulated by the parties that time continue to be excluded to September 2, 2008 for preparation of counsel pursuant to local code T4. 18 U.S.C. 3161(h)(8)(B)(iv).

1

DATED: August 1, 2008     /s/ Tim Warriner
                          Attorney for defendant, WALTER ELSE

DATED: August 1, 2008     /s/ William S. Wong
                          Assistant U.S. Attorney

## ORDER

GOOD CAUSE APPEARING, it is hereby ordered that the status conference set for August 4, 2008 be continued to September 2, 2008 at 10:00 a.m., and that time continue to be excluded to September 2, 2008 for preparation of counsel pursuant to Local Code T4, 18 U.S.C. 3161(h)(8)(B)(iv).

DATED: 8/4, 2008          [signature]
                          UNITED STATES DISTRICT JUDGE

2