Timothy E. Warriner (SB#166128)
Attorney at Law
428 J St., Suite 350
Sacramento, CA 95814
(916) 443-7141
tew@warrinerlaw.com

Attorney for defendant,
Walter Else

UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTSRICT OF CALIFORNIA

| | |
|---|---|
| UNITED STATES OF AMERICA,<br><br>            Plaintiff,<br><br>      vs.<br><br>WALTER ELSE,<br><br>            Defendant. | Case No. 06-00459 JAM<br><br>STIPULATION AND ORDER CONTINUING INITIAL APPERANCE RE TSR VIOLATION |

   This matter is set for May 20, 2014 for an initial appearance regarding a term of supervised release violation. Defense counsel is presently in a murder trial in Sacramento Superior Court through June 20, 2014, and is selecting a jury on May 19-21. In light of counsel's trial, and to afford time for counsel to meet with Mr. Else, both counsel stipulate that this matter may be continued to June 24, 2014 at 9:45.

DATED: May 14, 2014                    /s/ Timothy E. Warriner, Attorney for Defendant

DATED: May 14, 2014                    /s/ Josh Sigal, Assistant U.S. Attorney

## ORDER

Pursuant to the stipulation of the parties, it is hereby ordered that the initial appearance regarding term of supervised release violation be continued from May 20, 2014 to June 24, 2014 at 9:45 a.m.

DATED: May 15, 2014                            /s/ JOHN A. MENDEZ
                                               UNITED STATES DISTRICT JUDGE