Timothy E. Warriner (SB#166128)
Attorney at Law
428 J St., Suite 350
Sacramento, CA 95814
(916) 443-7141
tew@warrinerlaw.com

Attorney for defendant,
Walter Else

UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTSRICT OF CALIFORNIA

| | |
|---|---|
| UNITED STATES OF AMERICA,<br><br>          Plaintiff,<br><br>     vs.<br><br>WALTER ELSE,<br><br>          Defendant. | Case No. 06-00459 JAM<br><br>STIPULATION AND ORDER CONTINUING ADMIT/DENY HEARING RE TSR VIOLATION |

**A**n admit/deny hearing regarding defendant's alleged term of supervised release violation is set for June 24, 2014. Defense counsel is counsel of record in a murder trial in Sacramento Superior Court that is expected to proceed through June 26, 2014. In light of counsel's trial, and to afford additional time for counsel to meet with Mr. Else, both counsel stipulate that this matter may be continued to July 22, 2014 at 9:30.

DATED: June 18, 2014          /s/ Timothy E. Warriner, Attorney for Defendant

DATED: June 18, 2014          /s/ Josh Sigal, Assistant U.S. Attorney

1

## ORDER

Pursuant to the stipulation of the parties, it is hereby ordered that the admit/deny hearing regarding term of supervised release violation be continued from June 24, 2014 to July 22, 2014 at 9:30 a.m.

DATED: 6/18/2014                            /s/ John A. Mendez
                                            UNITED STATES DISTRICT COURT JUDGE